**[J-64-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 32 EAP 2013 |
| | : |
| Appellee | : Appeal from the Judgment of Superior |
| | : Court entered on October 15, 2012, |
| | : reconsideration denied December 20, |
| v. | : 2012, at 3274 EDA 2011, vacating and |
| | : remanding the Judgment of Sentence of |
| | : November 14, 2011 in the Court of |
| DAVID C. MENDEZ, | : Common Pleas, Philadelphia County, |
| | : Criminal Division, at No. |
| Appellant | : MC-51-CR-0047796-2010. |
| | : |
| | : ARGUED:   September 9, 2014 |

<u>**ORDER**</u>


**PER CURIAM**

    **AND NOW,** this 30th day of March, 2015, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**